

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 Vesey Street, Suite 400
NEW YORK, NY 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0077
gizzip@sec.gov

July 31, 2018

**Via ECF**
Hon. Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *SEC v. Madsen, et al*, 17-CV-8300 (JMF) (S.D.N.Y.)

Dear Judge Furman:

      In connection with Plaintiff Securities and Exchange Commission motion for imposition of civil penalties as to Defendant John Madsen (docket no. 51), the Commission respectfully submits this letter to bring to the Court's attention a decision that was omitted from the Commission's reply brief (docket no. 54).  *See CFTC v. McCrudden*, No. 10-cv-5567 (DRH), 2018 WL 1175154, at *5 (E.D.N.Y. Mar. 6, 2018) ("Defendants' current assertion that McCrudden is not liable as a control person is wholly contrary to the relevant portions of the Consent Order and therefore will not be considered.") (citing *SEC v. Metter*, 706 F. App'x 699, 702 (2d Cir. 2017)).

                                    Respectfully submitted,

                                      */s/ Paul G. Gizzi*
                                      _____
                                      Paul G. Gizzi
                                      Brenda W.M. Chang
                                      John C. Lehmann

                                      Attorneys for Plaintiff
                                      Securities and Exchange Commission

cc:  Stuart N. Kaplan, Esq.
      Counsel for Defendant John Madsen